# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

GRACIE NAVARETTE as personal representative of the
Estate of Antonio Navarette, deceased,

Appellant,

v.

BRACE INTEGRATED SERVICES, INC. and RANDALE AMMON,

Appellees.

No. 2D22-200

_____

September 6, 2023

Appeal from the Circuit Court for Hillsborough County; Emily A.
Peacock, Judge.

Stephen A. Barnes, John V. Trujillo, Jr., Christopher J. Donegan, Adam
D. Rieth, Mason B. Binkley, and Valerie L. Leatherwood of Barnes Trial
Group, Tampa, for Appellant.

Forrest L. Andrews of Lydecker LLP, Miami, for Appellees.

PER CURIAM.

     Affirmed.

SLEET, C.J., and VILLANTI and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.